In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00161-CV**

_____

**DITCO, LLC – SERIES REAL ESTATE, Appellant**

**V.**

**WILLIAM CHAMBERS, SHERRY CHAMBERS,
AND MIDTOWN PLAZA, LLC, Appellees**

**On Appeal from the 457th District Court
Montgomery County, Texas
Trial Cause No. 23-02-02675-CV**

**MEMORANDUM OPINION**

After perfecting its appeal, Ditco, LLC – Series Real Estate, the appellant, filed an unopposed motion to dismiss the accelerated appeal it filed from the trial court's order granting a temporary injunction. *See* Tex. R. App. P. 42.1(a)(1).

1

Since the Court has not yet decided the appeal, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on July 26, 2023
Opinion Delivered July 27, 2023

Before Horton, Johnson and Wright, JJ.